FILED

2017 OCT -4  PM 2: 33

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LILY BELVY-HOLT. <br> Executor of the Estate of <br> Michael B. Holt <br> 23756 Banbury Circle #3 <br> Warrensville Heights, Ohio 44128 <br><br> Plaintiff, <br><br> vs. <br><br> SECRETARY DAVID J. SHULKIN, <br> DEPARTMENT OF <br> VETERANS AFFAIRS <br> 810 Vermont Avenue, NW <br> Washington, DC 20420 <br><br> Defendant. | 1:17 CV 2086 <br> CASE NO. _____ <br><br> JUDGE <br><br> Jury Trial Demanded <br><br> JUDGE PEARSON <br><br> MAG. JUDGE BURKE |

## COMPLAINT

### Introduction

1. On or about July 5, 2017, the Department of Veterans Affairs ("VA" or "Agency"), under Secretary David J. Shulkin, issued its final agency decision on VA Case No. 200H-0541-2013100315. Under this decision, the Estate of Michael B. Holt received the VA's determination on his claim for compensatory damages on or about July 10, 2017.

### Jurisdiction and Venue

2. Jurisdiction is conferred on this court under 42 U.S.C. § 2000e-16 and 5(f) and 28 U.S.C. § 1331. This case is filed within 90 days of the receipt of the final agency decision. [Final Agency Decision attached as Exhibit A].

3. Venue is proper in the Northern District of Ohio, Eastern Division, as this case arose out of Michael B. Holt's employment with the Agency's Medical Center in Cleveland, Ohio (the "VAMC"), located in Cuyahoga County.

**Parties**

4. Plaintiff, Lily Belvy-Holt, is the mother of and executor for Michael B. Holt, deceased. Plaintiff is a resident of Cuyahoga County, Ohio. Michael B. Holt was an African-American citizen of the United States and an employee of the VA and during his lifetime was a resident of Cuyahoga County, Ohio. Plaintiff was substituted for Michael B. Holt following his death on August 4, 2013. [Copy of Appointment of Lily Belvy-Holt as Fiduciary for Michael Holt attached as Exhibit B]

5. Defendant is Secretary David A. Shulkin, the head of the VA. Secretary Shulkin is the proper named defendant as the head of the VA. 42 U.S.C. § 2000e-16(c).  At all times relevant and material to this Complaint, the VA has been a federal agency that employed Michael B. Holt at the VAMC.

**Statement of Facts**

6. Michael B. Holt ("Holt") was employed by the Cleveland VAMC as a Registered Nurse.

7. On or about January 29, 2013, during Holt's employment, he filed a formal complaint alleging that the Agency discriminated against him and subjected him to a hostile work environment on the basis of race (African-American), sex (male) and disability.

8. Notwithstanding the obligations and governing regulations that the VA was to follow on employee complaints, no investigation was commenced by the VA on Holt's timely complaint during the 180 days after he filed his complaint.

9.  The VA ultimately commenced an investigation, outside of the 180-day time frame, but by that time, Holt had died.

10. On June 16, 2014 the Agency issued a Final Agency Decision. Plaintiff made a timely appeal of this decision to the EEOC's Office of Federal Operations ("OFO") on August 12, 2014.

11. On February 9, 2017, OFO issued a decision reversing the Final Agency Decision, and issuing a default judgment in favor of Plaintiff based upon the Agency's failure to comply with its obligations to timely investigate. [OFO Decision attached as Exhibit C]

12. The matter was remanded to the Agency to determine appropriate damages in light of the default judgment.

13. Plaintiff complied with all of the requirements imposed by the VA following this order, by submitting requested information and documents necessary to compute Holt's damages, including compensatory damages arising proximately from the VA's conduct on which default judgment was granted, to-wit: discriminatorily denying Holt's request for compensatory time off for working past his tour of duty to care for a patient on October 23, 2012.

14. On July 5, 2017, the Agency issued a "Final Agency Decision on Compensatory Damages," awarding Holt's Estate $2,000.00.  The VA failed and refused to consider the harm to Holt from the environment he was forced to work in at the VAMC.

15. Because the VA's award to Plaintiff was woefully inadequate under these circumstances, Holt's Estate has exercised its right to file a civil action to obtain appropriate relief from the VA.

## PRAYER FOR RELIEF

Wherefore, Plaintiff, requests that the Court award her the following relief against VA:

A.     Past and future economic compensatory damages, including lost wages, benefits and other terms and conditions of employment;

B.     Past and future non-economic compensatory damages, including those for emotional pain and suffering;

C.     Attorneys' fees and costs, to any counsel appointed in this case;

D.     Prejudgment and post-judgment interest; and

E.     Any other relief deemed appropriate by this Court.

Respectfully submitted,

*Lily Belvy-Holt*

Lily Belvy-Holt
23756 Banbury Circle #3
Warrensville Heights, Ohio 44128

*Pro Se as the Executor for Michael Holt*

## Jury Demand

Plaintiff respectfully requests that a jury try all issues, claims and defenses in this case that are triable as of right to a jury.

*Lily Belvy-Holt*

Lily Belvy-Holt

4